UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AYYUB ABDUL-ALIM<br><br>v.<br><br>JAMES B. COMEY | )<br>)<br>)<br>)  CIVIL NO. 14-cv-30059-TSH<br>)<br>)<br>) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes Plaintiff Ayoub Abdul-Alim and opposes the Motion for Summary Judgment of Defendant James B. Comey.

Mr. Abdul-Alim relies upon his memorandum of law filed herewith.

**WHEREFORE**, for the above reasons, Plaintiff Abdul-Alim respectfully requests that Defendant Comey's Motion for Summary Judgment be denied.

                                        The Plaintiff
                                        Ayoub Abdul-Alim
                                        By his Attorney,

                                        */s/ James B. Krasnoo*
                                        James B. Krasnoo
                                        (BBO# 279300)
                                        Krasnoo,Klehm and Krasnoo, LLP
                                        28 Andover Street, Suite 240
                                        Andover, MA  01810
                                         (978) 475-9955

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants via first class mail, postage prepaid, on July 27, 2017.

*/s/ James B. Krasnoo*
James B. Krasnoo